UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF WEST VIRGINIA

WHEELING SITE

FILED

MAY - 3 2023

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

WILLIE PERRY WOODS [alias]
[birth name: CURTIS TATE],

   Petitioner/Movant (PM) pro se,

v

FCI HAZELTON WARDEN H RAY,

   Amended Respondent
   FRCP Rule 15(a)(1).

USDC CN 5:22-CV-294

HONORABLE JOHN PRESTON BAILEY
USDC CHIEF JUDGE

USDC MAGISTRATE JUDGE:
HONORABLE JAMES P MAZZONE
28 USC 636(b)(1)(A)
WV LR Civ P 72.01(a)(b)(d)(1)

## MOTION TO AMEND WITH MEMORANDUM BY PETITIONER/MOVANT (PM)

**Pursuant** to FRCP Rule 15(a)(1), the PM asks this USDC to allow his Amendment of the Respondent in this case from the United States Parole Commission (USPC) to FCI Hazelton Warden H Ray.

Respectfully Submitted By Pro Se Proceeding

PM: /s/ Mr Willie Perry Woods
Mr Willie Perry Woods, Fed BOP Reg #01917-285
FCI - Hazelton, P O Box 5000
Bruceton Mills, West Virginia 26525

Birth name: Mr Curtis Tate /s/ Mr Curtis Tate
Mich Dep't of Corr's Penal No #A-145822

Please excuse any typographical, grammatical and pro forma errors in this litigation drafted by the PM. Thank you.

April 20, 2023 - Thursday

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF WEST VIRGINIA

WHEELING SITE

---

| | |
|---|---|
| WILLIE PERRY WOODS [alias] [birth name: CURTIS TATE], | USDC CN 5:22-CV-294 |
| Petitioner/Movant (PM) pro se, | HONORABLE JOHN PRESTON BAILEY USDC CHIEF JUDGE |
| v | |
| FCI Hazelton Warden H Ray, | HONORABLE JAMES P MAZZONE USDC MAGISTRATE JUDGE |
| Amended Respondent FRCP Rule 15(a)(1). | 28 USC 636(b)(1)(A) WV LR Civ P 72.01(A)(b)(d)(1) |

## CERTIFICATE OF SERVICE/MAILING BY PETITIONER/MOVANT (PM)

PM declares and verifies under the penalty of perjury that on the date given below he gave FCI Hazelton staff 2 sealed, correctly addressed and sufficiently postaged legal envelopes for mailing that day from FCI Hazelton directly to this USDC and to Asst US Att Jordan V Palmer (WV Bar #12899, US Att's Office, PO Box 591, 1125 Chapline St, Suite 3000, Wheeling, WV 26003), as well as which contains the following: **(a)** COVER LETTER BY PM; **(b)** this CERTIFICATE; **(c)** NOTICE OF MOTIONS BY PM; **(d)** MOTION WITH MEMORANDUM BY PM TO AMEND; and **(e)** MOTION WITH MEMORANDUM BY PETITIONER/MOVANT REPLYING TO AND SEEKING DENIAL OF USPC MOTION TO DISMISS (MTD)/MOTION FOR SUMMARY JUDGMENT (MSJ).

Houston v Lack, 487 US 266 (1988)(pro se mailing); Casanova v Dubois, 2002 US App Lexis 18780 (1st Cir)(mailbox rule for incarcerated pro se litigants).

SERVICE/MAILING DATE: _____, 2023.
DECLARANT/VERIFIER (PETITIONER/MOVANT): *Mr Willie Perry Woods*.
Mr Willie Perry Woods, Fed BOP Reg #01917-285, P O Box 5000, FCI - Hazelton, Bruceton Mills, West Virginia 26525

Birth name: Mr Curtis Tate, Mich Dep't of Corr's Penal No #A-145822 *Mr Curtis Tate*

**Prepared April 20, 2023 - Thursday - 1:52 p m**